RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
SHREVEPORT, LOUISIANA
DATE 08/01/05

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CLIFFORD WILLIAMS | CIVIL ACTION NO. 04-0980 |
| versus | JUDGE WALTER - SEC P |
| VENETIA MICHAELS | MAGISTRATE JUDGE HORNSBY |

## MEMORANDUM ORDER

Before the court is **Plaintiff's Motion for Constructive Contempt (Doc. 78)** based on his complaint that Defendants have not permitted him to view a videotape that the court earlier held he had a right to view. Defendants were directed to permit the viewing within a reasonable time. Counsel for Defendants has advised the court that Plaintiff was permitted to and did view the tapes on July 28, 2005. Plaintiff's motion is, accordingly, **denied**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 28 day of July, 2005.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE