RECEIVED
AUG 1 5 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CLIFFORD WILLIAMS | CIVIL ACTION NO. 04-0980 |
| versus | JUDGE WALTER - SEC P |
| CAPT. CHRISTIAN, ET AL. | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion for Preliminary Injunction (Doc. 51) is **DENIED**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 12 day of Aug, 2005.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE