U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED SHREVEPORT

MAR 19 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| CLIFFORD WILLIAMS | CIVIL ACTION NO. 04-0980 |
| versus | JUDGE DONALD E. WALTER |
| VENETIA MICHAELS, ET. AL. | MAGISTRATE HORNSBY |

## ORDER

Before the Court are Plaintiff's Motion to be tried by Magistrate Judge [Doc. #143], Plaintiff's Motion to Withdraw Consent to be Tried by Magistrate and Request to be Tried by a Jury [Doc. #162], and Defendants' Motion for Trial to the Court [Doc. # 175].

During the pretrial conference held March 9, 2007, Plaintiff agreed to a bench trial before this Honorable Court. The Court reserved a decision on this issue while consent was sought from Defendants. Defendants have since filed their agreement for this matter to be heard as a bench trial Thursday, April 12, 2007.

Accordingly, Plaintiff's motion [Doc. #143] is **DENIED AS MOOT**. Plaintiff's motion [Doc. #162] is **DENIED**. Defendants' motion [Doc. # 175] is **GRANTED**.

**THUS DONE AND SIGNED** this 16 day of March, 2007.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE